EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2011 TSPR 121 |
| Arsenio López Muñiz<br>Ileana Muñoz Bayrón | 182 DPR ____ |

Número del Caso: TS-7305
              TS-10,205


Fecha: 12 de agosto de 2011



Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de julio.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

                        TS-7305
                        TS-10,205

Arsenio López Muñiz
Ileana Muñoz Bayrón

Sala de Verano integrada por el Juez Presidente señor Hernández Denton y las Juezas Asociadas señora Fiol Matta y señora Rodríguez Rodríguez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de agosto de 2011

Durante el mes de julio de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados y abogadas:

| Nombre | Núm. TS |
| --- | --- |
| Arsenio López Muñiz | 7305 |
| Ileana Muñoz Bayrón | 10,205 |

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo